UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mujahid Mohammad

            v.                                                  Civil No. 10-cv-254-JL

US Social Security Administration, Commissioner

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated April 4, 2011, no objection having been filed.

SO ORDERED.

May 3, 2011                                      _____
                                                Joseph N. Laplante
                                                United States District Judge

cc:   Jeffry A. Schapira, Esq.
      Robert J. Rabuck, Esq.